```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 16126
    DOMINIQUE A MURRAY
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4823


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 11/06/2008 and was not confirmed.

      The case was converted to chapter 7 without confirmation 08/04/2008.
---------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
AMERICAN EXPRESS          UNSECURED          2135.35           .00            .00
AMERICAN MAIDS            UNSECURED         NOT FILED          .00            .00
ANTHONY CASSAR            UNSECURED         NOT FILED          .00            .00
AT&T/SBC/ILLINOIS FACC    UNSECURED         NOT FILED          .00            .00
AT & T BANKRUPCTY         UNSECURED         NOT FILED          .00            .00
CERVANTES & CIOFFI LLP    UNSECURED         NOT FILED          .00            .00
CHASE                     UNSECURED         NOT FILED          .00            .00
CHASE BANK                UNSECURED         NOT FILED          .00            .00
CHICAGO LAKE SHORE MEDIC  UNSECURED         NOT FILED          .00            .00
CITIBANK NA               CURRENT MORTG         .00            .00            .00
CITIBANK NA               MORTGAGE ARRE    5000.00             .00            .00
CITIMORTGAGE INC          CURRENT MORTG         .00            .00            .00
CITIMORTGAGE INC          MORTGAGE ARRE   10000.00             .00            .00
FIRST FUNDS LLC           UNSECURED         8062.84            .00            .00
GROOT INDUSTRIES          UNSECURED         NOT FILED          .00            .00
THE MAREK GROUP           PRIORITY          NOT FILED          .00            .00
LVNV FUNDING              UNSECURED          135.51            .00            .00
KCA FINANCIAL SERVICES    UNSECURED         NOT FILED          .00            .00
KANE PROPERTY MANAGEMENT  UNSECURED         NOT FILED          .00            .00
KIM LAI JONES             UNSECURED         3900.00            .00            .00
LISA NAUGLE               UNSECURED         NOT FILED          .00            .00
CITISEARCH                UNSECURED         NOT FILED          .00            .00
PAYCHEX                   UNSECURED         NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         NOT FILED          .00            .00
RAYMOND & LUCY ALLEN      UNSECURED        338147.16           .00            .00
RBC CENTURA BANK          UNSECURED         NOT FILED          .00            .00
RENE OSTROWSKI            UNSECURED         NOT FILED          .00            .00
RICHARD LAMB              UNSECURED         NOT FILED          .00            .00
GE MONEY BANK             UNSECURED         NOT FILED          .00            .00
US BANK/RETAIL PAYMENT    UNSECURED         7140.86            .00            .00
USB MANIFEST              UNSECURED         NOT FILED          .00            .00
US BANK                   NOTICE ONLY       NOT FILED          .00            .00
VIAMEDIA                  UNSECURED         NOT FILED          .00            .00
US BANK NA                CURRENT MORTG         .00            .00            .00
US BANK NA                MORTGAGE ARRE   17958.12             .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 16126 DOMINIQUE A MURRAY
```

```
US BANK NA                  CURRENT MORTG         .00                        .00              .00
US BANK NA                  MORTGAGE ARRE    22173.79                        .00              .00
US BANK/RETAIL PAYMENT      UNSECURED          364.90                        .00              .00
PEOPLES GAS LIGHT & COKE    UNSECURED          606.32                        .00              .00
GE MONEY BANK               UNSECURED         1879.56                        .00              .00
COOK COUNTY TREASURER       SECURED           5122.20                        .00              .00
VERDE CONDO ASSOC           SECURED NOT I     3715.08                        .00              .00
US BANCORP MANIFEST FUND    SECURED NOT I    78866.97                        .00              .00
COMMONWEALTH EDISON         UNSECURED          685.22                        .00              .00
3015 N ASHLAND COND ASSO    SECURED NOT I     2542.55                        .00              .00
BARRY KREISLER              DEBTOR ATTY          .00                                          .00
TOM VAUGHN                  TRUSTEE                                                           .00
DEBTOR REFUND               REFUND                                                            .00

          Summary of Receipts and Disbursements:
   -------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
   -------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                           ---------------     ---------------
TOTALS                          .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 11/20/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 16126 DOMINIQUE A MURRAY